JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVIT NERSISYAN, individually and on behalf of all others similarly situated, | CV 23-9035 PA (PDx) |
| Plaintiff, | JUDGMENT |
| v. | |
| MAV BEAUTY BRANDS, INC., et al., | |
| Defendants. | |

Pursuant to the Court's November 22, 2023 Minute Order dismissing this action for lack of subject matter jurisdiction, lack of prosecution, and for failure to comply with a Court order, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: November 22, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE